# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL CASE |
| V. | NO.   04-10158 JLT |
| SUNI MUNSHANI<br>    Defendant | |

### NOTICE OF ARRAIGNMENT

Lawrence P. Cohen, M.J.

      **PLEASE TAKE NOTICE** that the above-entitled case has been set for ARRAIGNMENT at 2:30 P.M. ON May 26, 2004 before Magistrate Judge LAWRENCE P. COHEN, MJ in Courtroom # 23 on the 7th floor of the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

      Please note that the defendant must appear with counsel.  If he/she is unable to secure counsel and believes, because of his/her financial condition, that counsel should be appointed, he/she should contact the undersigned at (617) 748-4231.

      Also note that the defendant must contact the U.S. Pretrial Services Office at (617) 748-9213 at least 72 hours before the above date.

      TONY ANASTAS,
      CLERK OF COURT

Date    May 21, 2004      By   /s/ Maria Simeone
      Courtroom Deputy

Notice mailed/e-mailed to: all counsel of record

(

(