UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal Action |
| v. | ) | Number:  04-10158-JLT |
| | ) | |
| SUNI MUNSHANI | ) | |

## MOTION TO DISMISS

The defendant, Suni Munshani ("Munshani"), hereby moves to dismiss the

Indictment in this case with prejudice.  As grounds for this motion, Munshani states that

the original Indictment against him should have been dismissed with prejudice, and that

the instant Indictment violates the Speedy Trial Act, 18 U.S.C. § 3161 *et seq* and the Sixth

Amendment to the United States Constitution.

The grounds for this motion are set forth in the attached memorandum of law.

SUNI MUNSHANI
By his attorney,

Mark W. Pearlstein (BBO #542064)
McDERMOTT WILL & EMERY LLP
28 State Street
Boston, MA  02109-1775
(617) 535-4000

Dated: June 23, 2004

CERTIFICATION OF SERVICE
I hereby certify that a true copy of the above
document was served upon the attorney of record
for each other party by mail/by hand on

BST99 1411927-1.062948.0012