UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10158-JLT

UNITED STATES OF AMERICA

v.

SUNI MUNSHANI

ORDER

June 30, 2004

COHEN, M.J.

Pursuant to Rules 7.1(d) and (e) of the Local Rules of this Court [effective September 1, 1990], and upon review of the relevant pleadings, Defendant's Motion to Strike (# 08), brought as a pretrial motion, is denied without prejudice.

To what extent, if at all, the matters referred to in that motion is relevant to issues to be tried is a matter which cannot be determined pretrial. If, at the conclusion of the trial, the trial judge determines that those matters are not relevant to any issue raised by the indictment, or that no proof with respect to those matters have been submitted at trial, then the trial judge may - upon due motion of the defendant - order those names redacted from the indictment prior to submission of the case to the jury.

_____
UNITED STATES MAGISTRATE JUDGE