UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

-----------------------------

UNITED STATES OF AMERICA    :

    v.                       :        NO. 04-10158-JLT

                                 :

SUNI MUNSHANI

                                 :

-----------------------------

## MOTION TO CONTINUE PRETRIAL CONFERENCE

The United States of America, through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Allison D. Burroughs, Assistant U.S. Attorney, and the defendant, Suni Munshani, through his attorney, Mark W. Pearlstein, Esquire, hereby jointly request that the Court continue the pretrial conference currently scheduled for August 4, 2004, at 11:00 a.m. In support of this motion, the parties aver as follows:

    1.   Counsel for defendant Munshani is currently scheduled to be out of town on business on August 4, 2004.

    2.   Additionally, the government anticipates superceding the indictment in this case in light of the recent Supreme Court decision, <u>Blakely v. Washington</u>, ___ S.Ct., ___, No. 02-1632 WL 1402697 (U.S.S.C. June 24, 2004). As a result, we believe it makes sense to delay the pretrial conference for a short period of time.

3.  Therefore, we request that the pretrial conference be delayed until the week of August 9, 2004. The parties are each generally available on August 9, 10 and 12, 2004, if any of these dates are convenient for the court.

4.  The parties further jointly request that the time from August 4, 2004 to the date of the pretrial conference be excluded for purposes of the Speedy Trial Act, 18 United States Code, Section 3161.

WHEREFORE, the parties jointly request that the pretrial conference in this case be continued until the week of August 9, 2004 and that the relevant time period be excluded for purposes of the Speedy Trial Act.

Respectfully submitted,

| | |
|---|---|
| SUNI MUNSHANI<br>Defendant | MICHAEL J. SULLIVAN<br>United States Attorney |
| By: /s/ Mark W. Pearlstein<br>MARK W. PEARLSTEIN<br>Counsel for Defendant | By: /s/ Allison D. Burroughs<br>ALLISON D. BURROUGHS<br>Assistant U.S. Attorney |