UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

---

UNITED STATES OF AMERICA       :

    v.                             :     NO. 04-10158-JLT

                                   :

SUNI MUNSHANI

                                   :

---

## FINAL STATUS CONFERENCE JOINT STATUS REPORT

The United States of America, through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Allison D. Burroughs, Assistant U.S. Attorney, and the defendant, Suni Munshani, through his counsel, Mark W. Pearlstein, hereby submit the following joint memorandum addressing those items set forth in Local Rule 116.5(C)(1) through Local Rule 116.5(C)(9).

116.5(C)(1): To the knowledge of the parties, there are not currently any outstanding discovery issues not yet presented or resolved by the court.

116.5(C)(2): The government has provided the defendant with expert discovery relevant to this case. The government is considering the use of a second expert. Should it decide to proceed with a second expert, the government will provide the additional pertinent discovery to the defendant in a timely manner., The government is currently awaiting reciprocal expert

discovery from the defendant. Other than the expert discovery referenced above, neither party currently anticipates providing additional discovery as a result of future receipt of information, documents, or reports of examinations or tests.

116.5(C)(3): The defendant does not intend to raise a defense of insanity or public authority.

116.5(C)(4): The government has requested notice of alibi by the defendant. The defendant does not intend to offer an alibi defense.

116.5(C)(5): The defendant has not filed nor does he currently intend to file any motion to sever, dismiss, or suppress, or any other motion requiring a ruling by the District court before trial.

116.5(C)(6): The parties jointly request that a trial date be set by the District Court. Neither party is currently aware of the need to schedule any other matter relative to this case.

116.5(C)(7): The parties do not anticipate an early resolution of this case and currently believe that this matter will proceed to trial.

116.5(C)(8): The parties have filed joint motions to continue the status and pretrial conferences in this matter, both currently scheduled for August 4, 2004. The parties have further jointly requested that the period of time from August 4, 2004 to the dates those conferences actually occur be excluded for Speedy Trial purposes. Otherwise, the parties believe that all appropriate periods of time have already been excluded.

116.5(C)(9): The parties currently anticipate a trial. Should such a trial remain necessary, it should last approximately one week.

Respectfully submitted,

MARK W. PEARLSTEIN                           MICHAEL J. SULLIVAN
                                             United States Attorney

*(signature)*                          By:   *(signature)*
Counsel for Defendant(s)                     ALLISON D. BURROUGHS
                                             Assistant U.S. Attorney