UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10158-JLT

UNITED STATES OF AMERICA

v.

SUNI MUNSHANI

FINAL STATUS REPORT

August 9, 2004

COHEN, M.J.

A review of the electronic docket indicates that the district judge to whom this case is assigned, after denying defendant's motion to dismiss, scheduled a final pretrial conference.[1] The defendant was arraigned on the superseding indictment on this date, and entered a plea of not guilty. All agree that the matter should be returned to the district judge to whom this case is assigned for further proceedings.

As of this date, no time has elapsed on the Speedy Trial Act. The file is accordingly ordered returned to the district judge to whom this case is assigned for further proceedings.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] It was continued on the return of a superseding indictment.