UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| | * | |
| v. | * | |
| | * | Criminal Action No. 04-10158-JLT |
| | * | |
| SUNI MUNSHANI | * | |

ORDER

September 17, 2004

TAURO, J.

After a conference on September 13, 2004, this court hereby orders that:

1. Trial will commence on December 6, 2004 at 10:00 a.m.

IT IS SO ORDERED.

   /s/ Joseph L. Tauro
United States District Judge