```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA )
                         )      CRIMINAL NO. 04-10158-JLT
        v.               )
                         )
SUNI MUNSHANI            )
```

### GOVERNMENT'S REQUESTED QUESTIONS FOR VOIR DIRE

The United States of America, by its attorneys, MICHAEL J. SULLIVAN, United States Attorney, District of Massachusetts, ALLISON D. BURROUGHS, Assistant United States Attorney and TODD M. HINNEN, Trial Attorney, United States Department of Justice, respectfully requests that the Court ask the following questions during the voir dire of the jury panel:

1. The function of the jury is to decide questions of fact; you are the sole judges of the facts, and nothing the Court or the lawyers say or do may in any way encroach on the jury's role as the exclusive fact finder. When it comes to the law, however, as distinguished from the facts, you are to take your instructions from the Court and you are bound by those instructions. You may not substitute your views of what the law is or what you think it should be. At the conclusion of the case, your function will be to determine the guilt or innocence of the defendant, in accordance with the instructions I will give you on the law. Is there any juror who would not be able to follow the instructions I will give?

2. Does any juror have any opinion, philosophy, belief or prejudice that would prevent you from deciding the guilt or innocence of a person charged with a crime?

3. Do you have a problem with your hearing, your eyesight, or any other physical disability, which would in any manner prevent you from either hearing or seeing the evidence presented at trial?

4. The defendant in this case is charged with criminal contempt and obstruction of justice in connection with filing a false document during a civil proceeding over an alleged breach of contract that was filed in this courthouse in 2001.  Also in 2001, there was a similar case involving the same alleged breach of contract which was litigated in the Massachusetts state court system. Do you know anything at all about the facts of this criminal case or either of the two civil cases?  If so, have you formed any opinions about this criminal case?

5. Are you personally acquainted with the defendant or do you, or, to your knowledge, does any member of your family, or any friend, have any connection of any kind with the defendant?

6. Do you know counsel for the government or counsel for the defendant?  To your knowledge, has any lawyer in this case acted as your attorney, or as the attorney for any of your family members or friends?

7. Have you ever been a juror before? If yes, where, when,

and in what type of case (civil or criminal)? Did you reach a verdict?

    8. Have you, or has any member of your immediate family, or any close friend, participated in a criminal case as a defendant, witness for the defense, or in some other capacity? If yes, please explain.

    9. Have you or any member of your family ever had, or now have, or presently anticipate having, any case or dispute with or claim against the United States government or any of its agencies? Would anything about that experience prevent you from rendering, a fair and impartial verdict in this case?

    10. Does any juror have any bias or prejudice for or against the United States Department of Justice or the United States Attorney's Office, any federal law enforcement agency, or law enforcement in general?

    11. Have you, or has any member of your family, or any close friend, ever been investigated by any law enforcement agency? If so, what was the nature of the investigation? Would anything about that experience prevent you from rendering a fair and impartial verdict in this case?

12. The following named persons and businesses may either appear as witnesses or be mentioned at trial:

    Kenneth Shear
    SPI Technologies
    Electronic Evidence Discovery
    FBI Special Agent Scott Robbins
    FBI Special Agent Kevin Swindon
    Judge Richard G. Stearns (U.S. District Court)
    Mary Johnson, Clerk to Judge Stearns
    Elaine Flaherty, Clerk to Judge Stearns
    Judge Allan Van Gestel (Massachusetts)
    Signal Lake Venture Capital Funds
    Terago Communications Inc.
    Michael Weingarten
    Bart Stuck
    Hemant Trivedi
    Carl Bernstein
    William Farwell
    Robert Goto
    Tom Glatting
    Robert Lovett, Esquire
    Michael Walsh, Esquire
    Mona Patel, Esquire
    Robert Jahrling, Esquire

Does any juror know, or has any juror ever had any dealings, either directly or indirectly, with any of these people or businesses?

13. The government may introduce evidence taken from various computers. The evidence was all obtained either with the consent of the party that controlled the computer or pursuant to a valid court order, in other words, in accordance with lawful procedures of the United States, and should be weighed by you just like any other evidence.

    a. Does any juror believe it is unfair or improper for the government to examine personal or business computers to

obtain evidence of criminal activity?

      b. Is any juror so skeptical about the information taken from a computer or so concerned about computer privacy that you would be unable to accept this evidence?

    14. Is there any member of the panel who would hesitate to fulfill his or her duty as a juror and return to the courtroom with a verdict of guilty if he or she is convinced of the defendant's guilt beyond a reasonable doubt?

    15. Is there any reason, perhaps best known to yourself, which would make you unable to render a fair and impartial verdict based solely upon the evidence and my instructions on the law?

                                Respectfully submitted,
                                MICHAEL J. SULLIVAN
                                United States Attorney
                                District of Massachusetts

By:
                                /s/ Allison D. Burroughs
                                ALLISON D. BURROUGHS
                                Assistant U.S. Attorney

                                TODD M. HINNEN
                                Trial Attorney
                                U.S. Department of Justice

<u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served upon the person listed below a copy of the Government's Proposed Voir Dire by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

>Mark W. Pearlstein
>McDermott, Will & Emery
>28 State Street
>Boston, MA 02109-1775

on this 30th day of November, 2004.

>/s/ Allison D. Burroughs
>ALLISON D. BURROUGHS
>Assistant U.S. Attorney