UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Criminal Action |
| v. | ) Number: 04-10158-JLT |
| | ) |
| SUNI MUNSHANI | ) |

## DEFENDANT'S RENEWED MOTION TO STRIKE

The defendant, Suni Munshani ("Munshani"), hereby moves pursuant to Fed. R. Crim. P. 7(d), to strike the following allegations from the Indictment:

1. Paragraph 3;

2. Paragraph 5;

3. Paragraph 8;

4. Paragraph 13;

5. Last sentence of paragraph 14;

6. Paragraphs 15 – 17; and

7. Paragraph 26.

As grounds for this motion, Munshani states that the enumerated allegations are irrelevant, inflammatory and prejudicial.

The grounds for this motion are further set forth in the accompanying memorandum of law.

SUNI MUNSHANI
By his attorney,

Mark W. Pearlstein (BBO #542064)
McDermott Will & Emery LLP
28 State Street
Boston, MA 02109-1775
(617) 535-4000

Dated: November 23, 2004

**CERTIFICATION OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on _____
November 23, 2004

BST99 1435146-1.062948.0012