UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal Action |
| v. ) | Number: 04-10158-JLT |
| ) | |
| SUNI MUNSHANI ) | |

2004 DEC -2  P 4: 50

U.S. DISTRICT COURT
DISTRICT OF MASS.

## DEFENDANT'S WITNESS LIST

The defendant, Suni Munshani ("Munshani"), hereby provides the following list of witnesses that he may[1] call at the trial of this action:

1. Suni Munshani
   Easton, CT

2. Dennis Glatting
   Redmond, Washington

3. William Odom
   Houston, Texas

4. FBI Special Agent Scott Robbins
   Boston, Massachusetts

5. Mona Patel
   Boston, Massachusetts

6. Seth Berman
   Boston, Massachusetts

7. Hermant Trivedi
   Andover, Massachusetts

8. Michael Weingarten
   Boston, Massachusetts

9. Bart Stuck
   Westport, Connecticut

---

[1] Munshani reserves the right to call some or all of the persons on this list, depending upon developments at trial.

Munshani reserves the right to supplement this list and call additional witnesses depending upon developments at trial.

SUNI MUNSHANI
By his attorneys,

_____
Mark W. Pearlstein (BBO #542064)
MCDERMOTT WILL & EMERY LLP
28 State Street
Boston, MA  02109-1775
(617) 535-4000

Dated: December 2, 2004

**CERTIFICATION OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on _____