UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2004 DEC -2  P 4: 50

UNITED STATES OF AMERICA     )
                             )   Criminal Action
    v.                       )   Number: 04-10158-JLT
                             )
SUNI MUNSHANI                )

U.S. DISTRICT COURT
DISTRICT OF MASS.

## DEFENDANT'S REQUESTED VOIR DIRE QUESTIONS

The defendant, Suni Munshani ("Munshani"), hereby requests that the Court ask the following voir dire questions of prospective jurors:

1. The defendant, Suni Munshani, is charged in this case with criminal contempt and obstruction of justice. Is there anything about the nature of these charges that would prevent you from being impartial in this case?

2. Mr. Munshani is of Indian descent. Is there anything about his origin that would prevent you from being impartial in this case?

3. One of the issues in this case involves warrants to purchase stock of a company called Terago Communications, Inc. Do you have any feelings about stock, warrants or securities that would affect your ability to be impartial in this case?

4. You will hear evidence about Terago Communications and Signal Lake Venture Funds. Are you familiar with any of these entities?

5. There will likely be evidence that Mr. Munshani and other witnesses were involved in making investments in companies and trying to attract investments on behalf of companies. Is there is anything about these activities that would prevent you from being impartial in this case?

6. Do you know or are you familiar with any of the witnesses or attorneys in this case?

7.  Do you work in the fields of computers, software or information technology, or similar fields, or do you otherwise have significant knowledge or expertise about those fields?

If you answered yes to any of the questions, please raise your hand and I will speak with you separately.

SUNI MUNSHANI
By his attorneys,

_____
Mark W. Pearlstein (BBO #542064)
McDermott Will & Emery LLP
28 State Street
Boston, MA 02109-1775
(617) 535-4000

Dated: December 2, 2004

**CERTIFICATION OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 12-2-04