UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 04-10158-JLT |
| ) | |
| SUNI MUNSHANI ) | |

**DEFENDANT'S PROPOSED EXHIBIT LIST**

Defendant Suni Munshani hereby submits the following proposed exhibit list.

Defendant further reserves his right to supplement this list based upon developments at trial.

| DEFENSE EXHIBIT | DATE | DESCRIPTION |
|---|---|---|
| A | 12.19.2000 | E-mail entitled, "Terago – a few e-mails – Hemant Trivedi – Co-founder" further attaching the following respective e-mails (collectively, "Defense Exhibit A"):<br>"Re: Meeting re: TERAGO" (11.07.2000)<br>"Re: Meeting re: TERAGO" (11.06.2000)<br>"Kliener" (08.03.2000)<br>"Re: Suhas Patil discussions re: terago" (08.03.2000)<br>"Warrants" (08.03.2000)<br>"Re: [Fwd: Suhas Patil]" (07.22.2000)<br>"Re: Spintera Documents" (06.29.2000)<br>"Spintera Powerpoint presentation" (06.26.2000) |
| B | 06.29.2000 | E-mail entitled, "Re: Spintera Documents" |
| C | 07.07.2000 | E-mail entitled, "Re: Management Team" |
| D | 07.16.2000 | E-mail entitled, "Discussion – confirmation" |
| E | 07.22.2000 | E-mail entitled, "Re: [Fwd: Suhas Patil]" |
| F | 07.15.2000 | E-mail entitled, "Re: Terago Investment" |
| G | 07.16.2000 | E-mail entitled, "FW: Terago Investment" |
| H | 07.14.2000 | E-mail entitled, "Re: Terago and Suni" |
| I | 07.15.2000 | E-mail entitled, "Re: Suni and Terago and Signal Lake" |
| J | 07.15.2000 | E-mail entitled, "Re: Request for Meeting – 2" |
| K | 07.15.2000 | E-mail entitled, "Re: Request for Meeting – 3" |
| L | 07.16.2000 | E-mail entitled, "Terago Resource Needs" |
| M | 07.22.2000 | E-mail entitled, "Re: [Fwd: Suhas Patil]" |
| N | 08.03.2000 | E-mail entitled, "Re: Suhas Patil discussions re: terago" |

| | | |
|---|---|---|
| O | 08.03.2000 | E-mail entitled, "Kliener" |
| P | 11.07.2000 | E-mail entitled, "Funding" |
| Q | 09.20.2001 | E-mail entitled, "Regarding the Trividi e-mail" |
| R | n/a | Computer media examined by William Odom |

Respectfully submitted,

Suni Munshani

By his attorney,

Mark W. Pearlstein (BBO# 542064)
MCDERMOTT WILL & EMERY
28 State Street
Boston, MA 02109-1775
(617) 535-4000

Dated: December 2, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was served on the following this 2nd day of December 2004 by hand:

Allison D. Burroughs
Assistant United States Attorney
Office of the United States Attorney
1 Courthouse Way
Boston, Massachusetts 02210

2