IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

----------------------------

UNITED STATES OF AMERICA    :

       v.           :     Criminal No. 04-10158-JLT

SUNI MUNSHANI    :

----------------------------

## GOVERNMENT'S PROPOSED EXHIBIT LIST

The United States of America hereby submits this proposed exhibit list.  We reserve the right to supplement this list.

| | |
|---|---|
| Exhibit 1: | Questioned email |
| Exhibit 1A: | header |
| Exhibit 2: | Valid email |
| Exhibit 2A: | header |
| Exhibit 3: | State complaint |
| Exhibit 4: | Federal complaint |
| Exhibit 5: | Federal motion to dismiss and supporting memorandum |
| Exhibit 6: | Federal opposition to motion to dismiss |
| Exhibit 7: | Munshani affidavit |
| Exhibit 8: | Federal order denying motion to dismiss |
| Exhibit 9: | Van Gestel order appointing expert |
| Exhibit 10: | Stearn's hearing transcript re expert |
| Exhibit 11: | 9/12/01 Expert Report, with exhibits a-d |

Exhibit 12:      Original source list re computer materials
                 reviewed

Exhibit 13:      State order of dismissal

Exhibit 14:      Federal Memorandum/Order on Motion for Sanctions

Exhibit 15:      Email sent from Munshani/Walsh to Shear, w/
                 attachments

Exhibit 16:      Walsh email
 Exhibit 16A-I   Attachments to Walsh email

Exhibit 17:      All Computer Images examined by Shear, including
                 back-up tapes

   Exhibit 17a:  Image of Terago DLT Tapes
   Exhibit 17b:  Image of Stuck desktop computer
   Exhibit 17c:  Image of Munshani IBM Thinkpad #1
   Exhibit 17d:  Image of Munshani IBM Thinkpad #2
   Exhibit 17e:  Image of Munshani Travan back-up tapes
   Exhibit 17f:  Image of Munshani SCSI Drive
   Exhibit 17g:  Image of Trivedi Dell Dimension PC
   Exhibit 17h:  Image of Trivedi Generic PC
   Exhibit 17i:  Image of Trivedi Toshiba Laptop
   Exhibit 17j:  Image of Trivedi Inspiron Laptop
   Exhibit 17k:  Image of Weingarten Desktop PC
   Exhibit 17l:  Image of Weingarten Laptop PC
   Exhibit 17m:  Image of Glatting Gateway PC
   Exhibit 17n:  Image of Glatting XPS PC
   Exhibit 17o:  Image of Glatting Dell Precision PC #1
   Exhibit 17p:  Image of Glatting Dell Precision PC #2
   Exhibit 17q:  Image of Munshani FreeBSD Server
   Exhibit 17r:  Image of NEXT SCSI Drive

Exhibit 25:      powerpoint slides

                           Very truly yours,

                           MICHAEL J.SULLIVAN
                           United States Attorney

                     By:   /s/ Allison D. Burroughs
                           ALLISON D. BURROUGHS
                           Assistant U.S. Attorney

                           Todd M. Hinnen
                           Trial Attorney
                           U.S. Department of Justice

<u>CERTIFICATE OF SERVICE</u>

    I, Allison Burroughs, Assistant U.S. Attorney, hereby certify that I have caused the foregoing to electronically delivered via electronic filing to the following:

        Mark W. Pearlstein
        McDermott, Will & Emery
        28 State Street
        Boston, MA 02109-1775

on this 3rd day of December, 2004.

        <u>/s/ ALLISON D. BURROUGHS</u>
        ALLISON D. BURROUGHS
        Assistant U.S. Attorney