```
             IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS


----------------------------
UNITED STATES OF AMERICA   :

        v.                 :     Criminal No. 04-10158-JLT

SUNI MUNSHANI              :
----------------------------
```

### GOVERNMENT'S WITNESS LIST

The United States of America hereby submits this proposed witness list.  We reserve the right to supplement this list.

1.  FBI Special Agent Scott Robbins
2.  FBI Special Agent Kevin Swindon
3.  Kenneth Shear
4.  Judge Richard G. Sterns (U.S. District Court)
5.  Mary Johnson, Clerk to Judge Sterns
6.  Elaine Flaherty
7.  Judge Allan Van Gestel (Massachusetts)
8.  Michael Weingarten
9.  Bart Stuck
10. Hemant Trivedi
11. Carl Bernstein
12. William Farwell
13. Robert Goto
14. Dennis Glatting
15. Robert Lovett, Esquire
16. Michael Walsh, Esquire
17. Mona Patel, Esquire
18. Robert Jahrling, Esquire

```
                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                        By:
                              /s/ Allison D. Burroughs
                              ALLISON D. BURROUGHS
                              Assistant U.S. Attorney

                              TODD M. HINNEN
                              Trial Attorney
                              U.S. Department of Justice
```

<u>CERTIFICATE OF SERVICE</u>

    I, Allison Burroughs, Assistant U.S. Attorney, hereby certify that I have caused the foregoing to electronically delivered via electronic filing to the following:

        Mark W. Pearlstein
        McDermott, Will & Emery
        28 State Street
        Boston, MA 02109-1775

on this 3rd day of December, 2004.

        <u>/s/ ALLISON D. BURROUGHS</u>
        ALLISON D. BURROUGHS
        Assistant U.S. Attorney