UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Action |
| | ) | Number: 04-10158-JLT |
| v. | ) | |
| | ) | |
| SUNI MUNSHANI | ) | |

### DEFENDANT'S MOTION TO SEQUESTER WITNESSES

The defendant, Suni Munshani ("Munshani"), hereby moves, pursuant to F.R.E. 615, that the Court exclude from the courtroom all non-expert witnesses.

SUNI MUNSHANI
By his attorneys,

_____
Mark W. Pearlstein (BBO #542064)
MCDERMOTT WILL & EMERY LLP
28 State Street
Boston, MA 02109-1775
(617) 535-4000

Dated: December 3, 2004

**CERTIFICATION OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on _____

BST99 1436859-1.062948.0012