UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
                         )
v.                       )   Criminal Action
                         )   Number: 04-10158-JLT
SUNI MUNSHANI            )
                         )

## DEFENDANT'S MOTION IN LIMINE

The defendant, Suni Munshani ("Munshani"), hereby moves in limine to exclude evidence of the matters identified in his renewed motion to strike, as modified slightly by stipulations entered into between the parties. Munshani also moves to require exclusion or redaction of the second sentence of Exhibit 8. That exhibit – Judge Stearns' Order denying the motion to dismiss filed by Terago Communications, Inc. – contains in the second sentence Judge Stearns' impression of the plausibility of the deal alleged by Munshani in his civil complaint. The challenged language was wholly gratuitous, had no impact on the resolution of the Fed. R. Civ. P. 12 (b)(6) motion, and does not reflect a view of the deal informed by a complete factual record. Allowing the jury to consider Judge Stearns' impression of the deal would be highly prejudicial to the defense, and confusing to the jury. Such evidence should be excluded pursuant to F.R.E. 401 and 403.

Finally, the following proposed government exhibits should be excluded:

Exhibit 9 – State Court Order appointing the government's expert witness, Kenneth Shear, to serve as the court appointed expert in that case;

Exhibit 10 – The transcript of a hearing conducted by Judge Stearns with counsel for Terago and Munshani regarding expert witness issues;

Exhibit 11 – The report prepared by Kenneth Shear;

Exhibit 13 – State Order of Dismissal; and

Exhibit 14 – Federal Memorandum and Order on Motion for Sanctions.

As was detailed in the renewed motion to strike, and as will be explained further in argument, the above proposed exhibits suffer from at least the following deficiencies: hearsay (Exhibits 10-11); unfair prejudice and confusion/improper attempt to introduce defendant's assertion of his Fifth Amendment rights (Exhibits 13-14); and unfair prejudice and confusion (Exhibits 9-10).

Munshani requests a hearing on this motion.

                    SUNI MUNSHANI
                    By his attorneys,

                    Mark W. Pearlstein (BBO #542064)
                    McDermott Will & Emery LLP
                    28 State Street
Dated: December 3, 2004      Boston, MA  02109-1775
                    (617) 535-4000

**CERTIFICATION OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on ___