UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | \* |
| | \* |
| | \* |
| v. | \* |
| | \*    Criminal Action No. 04-10158-JLT |
| | \* |
| SUNI MUNSHANI | \* |

ORDER

December 9, 2004

TAURO, J.

After a conference on December 6, 2004, this court hereby orders that:

1. The Parties' <u>Joint Motion for a Continuance</u> made in open court is ALLOWED; and

2. The Parties are to submit a joint motion for excludable delay in the interests of justice, which must be signed by both Defendant and his counsel.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge